# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

SEANTELL CRENSHAW

V.

KELLY AEROSPACE POWER SYSTEMS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv276-DRB

TO: (Name and address of defendant)
KELLY AEROSPACE POWER SYSTEMS
P.O. Box 273
Fort Deposit, AL 36032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    3·30·06
CLERK               DATE

(BY) DEPUTY CLERK