**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Crenshaw*

1. Article Addressed to:

Kelly Aerospace Power Systems
P.O. Box 273
Ft. Deposit, AL 36032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cecil Earl Cook*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
*C. E. Cook*

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

[postmark: FT DEPOSIT 36032 APR 26 2006 USPS]

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
(Transfer from service label)

7005 1160 0004 6820 4790

PS Form **3811**, February 2004          Domestic Return Receipt    *06-276*          102595-02-M-1540