IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -9  P 3: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| SEANTELL D. CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:06cv276-DRB |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION OF ALAN M. RAUSS PRO HAC VICE

Defendant, Kelly Aerospace Power Systems, Inc., requests that this Court grant Alan M. Rauss of Kohrman, Jackson & Krantz, One Cleveland Center, 20th Floor, Cleveland, Ohio 44114, Leave to appear pro hac vice in order to represent Kelly Aerospace Power Systems, Inc. in the above-styled suit.

1. Attached hereto as Exhibit A is a certificate from the United States Court for the Northern District of Ohio, Eastern Division showing that Alan M. Rauss is a member in good standing of the Ohio Bar and duly authorized to practice in that court.

2. The law firm of Balch & Bingham LLP, and particularly Charles B. Paterson and Kelly F. Pate, who are admitted to practice in this court, will serve as local counsel representing Kelly Aerospace Power Systems, Inc. in the above styled matter.

3. Alan M. Rauss has reviewed and is familiar with the Uniform Rules of the United States District Court for the Middle District of Alabama.

Based on the foregoing, defendant respectfully requests that the Court allow Alan M. Rauss to appear pro hac vice for the purpose of representing Kelly Aerospace Power Systems, Inc. in the above styled action.

*/s/ Kelly J. Pate*
One of the attorneys for Defendant,
Kelly Aerospace Power Systems, Inc.

OF COUNSEL:

Charles B. Paterson (PAT018)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by United State Mail, properly addressed and postage prepaid, this the 9th day of May, 2006:

Law Offices of Jay Lewis, LLC
Jay Lewis
Carol Gerard
P.O. Box 5059
Montgomery, Alabama 36103-5059

_____
Of Counsel

167969.1

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA : 
: ss.
NORTHERN DISTRICT OF OHIO :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division, **DO HEREBY CERTIFY**, that Alan M. Rauss    Bar No. # 0000888   , was duly admitted to practice in said Court on May 8, 1973    and is in good standing as a member of the bar of said Court.

Dated at: Cleveland, Ohio

on: May 4, 2006



GERI M. SMITH
Clerk of Court

By: 
Deputy Clerk


EXHIBIT
A