IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:06-CV-00276-DRB |
| | ) |
| KELLY AEROSPACE POWER SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of the *Motion for Admission of Alan M. Rauss* **Pro Hac Vice** (Doc. 4, filed May 9, 2006), it appears that **Alan M. Rauss** is a member in good standing of the United States Court for the Northern District of Ohio, Eastern Division, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel for Defendant.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 15TH day of May, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE