IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:06cv276-WKW |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR ENTRY OF QUALIFIED HIPAA PROTECTIVE ORDER**

Plaintiff, Seantell D. Crenshaw, and Defendant, Kelly Aerospace Power Systems, Inc., respectfully move this Honorable Court to enter the Qualified HIPAA Protective Order attached hereto as Exhibit "A" to govern the production and protection of certain Protected Health Information ("PHI") so that the parties, and any third party receiving any subpoena, may comply with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Both parties believe that the order will provide for the efficient production of documents and compliance with HIPAA.

Respectfully submitted this 2nd day of November, 2006.

s/ Kelly F. Pate
One of the attorneys for Defendant,
Kelly Aerospace Power Systems, Inc.

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

173449.1

Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

Alan M. Rauss (Bar No. 0000888)
KOHRMAN JACKSON & KRANTZ
One Cleveland Center, 20th Floor
Cleveland, Ohio 44114
Telephone: (216)696-8700
Facsimile: (216)621-6536
E-mail: amr@kjk.com

                                              s/ Carol Gerard
                                              One of the Attorneys for Plaintiff,
                                              Seantell D. Crenshaw

**OF COUNSEL:**

Law Offices of Jay Lewis, LLC
Jay Lewis (LEW031)
Carol Gerard (GER016)
P.O. Box 5059
Montgomery, Alabama 36103-5059

173449.1