IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-cv-276-WKW |
| | ) |
| KELLY AEROSPACE POWER | ) |
| SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby

ORDERED that on or before November 7, 2006, the plaintiff shall show cause why the Motion for Motion for Leave to File Dispositive Motion filed on November 1, 2006 (Doc. # 12) should not be granted.

DONE this 2nd day of November, 2006.

                                             /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE