UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No.: 2:06cv276-WKW |
| v. ) | |
| ) | |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
|     Defendant. ) | |

**PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION FOR
LEAVE TO FILE DISPOSITIVE MOTION**

COMES NOW Plaintiff Seantell D. Crenshaw, in the above styled cause, and would respectfully respond to the defendant's Motion for Leave to File a Motion for Summary Judgment after the current dispositive motion deadline has passed and would show the Court as follows:

1.    This case was filed on March 27, 2006, and pursuant to the controlling Uniform Scheduling Order, "[d]ispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than **October 26, 2006.**"  (Doc. 11, p. 1) (Bold in original).

2.    Plaintiff opposes the defendant's motion as being contrary to the clear language and intent of the Scheduling Order.

WHEREFORE, the premises considered, Plaintiff prays that the Court will deny the defendant's Motion for Leave to File Dispositive Motion and the existing deadlines set out in the Scheduling Order be respected and stand.

RESPECTFULLY SUBMITTED this the 7th day of November, 2006.

                                                    /s/ CAROL GERARD
                                                  Carol Gerard
                                                  Jay Lewis

        Law Offices of Jay Lewis, LLC
        P.O. Box 5059
        Montgomery, AL 36103
        (334) 263-7733 (Voice)
        (334) 832-4390 (Fax)
        carolgerard@JayLewisLaw.com
        ASB-1075-L66G

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following parties or counsel by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed on this 7th day of November, 2006.

Charles B. Paterson
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

Alan M. Rauss
KOHRMAN JACKSON & KRANTZ
One Cleveland Center, 20th Floor
Cleveland, Ohio 44114

        /s/ CAROL GERARD
        Carol Gerard
        Jay Lewis
        Law Offices of Jay Lewis, LLC
        P.O. Box 5059
        Montgomery, AL 36103
        (334) 263-7733 (Voice)
        (334) 832-4390 (Fax)
        carolgerard@JayLewisLaw.com
        ASB-1075-L66G