IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-276-WKW |
| ) | (WO) |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Leave to File Dispositive Motion (Doc. # 12) it is ORDERED that the motion is GRANTED. The dispositive motion deadline is extended from October 26, 2006, to November 21, 2006.

DONE this the 13th day of November, 2006.

                                   /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE