UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW,          ) | |
|     Plaintiff,          ) | |
| ) | Civil Action No.: 2:06cv276-WKW |
| v.          ) | |
| ) | |
| KELLY AEROSPACE POWER SYSTEMS,          ) | |
|     Defendant.          ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendants regarding the possibility of settling this case. The parties have settled this case and are only awaiting the receipt of the appropriate paperwork and settlement documents needed to close out this case.

RESPECTFULLY SUBMITTED on this the ____16th____ day of November, 2006.

/s/ CAROL GERARD
Carol Gerard
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following parties or counsel by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed on this 16th day of November, 2006.

Charles B. Paterson
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

Alan M. Rauss
KOHRMAN JACKSON & KRANTZ
One Cleveland Center, 20th Floor
Cleveland, Ohio 44114

/s/ CAROL GERARD
Carol Gerard
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G