IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-276-WKW |
| | ) (WO) |
| KELLY AEROSPACE POWER SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the representation to the court in the Notice of Mediation and Settlement Conference filed on November 16, 2006 (Doc. # 18) that the parties have settled this case, it is hereby

ORDERED that on or before January 8, 2007, the parties shall file a Joint Stipulation of Dismissal.

DONE this 8th day of December, 2006.

                                                        /s/   W.  Keith Watkins
                                           UNITED STATES DISTRICT JUDGE