IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| | ) 2:06cv276-WKW |
| KELLY AEROSPACE POWER SYSTEMS, INC., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this case, Plaintiff Seantell D. Crenshaw and Defendant Kelly Aerospace Power Systems, Inc. give notice to the Court that they have reached a settlement and acting under the authority of Fed. Civ. P. 41(a)(1)(ii), jointly stipulate to the dismissal with prejudice of this case, with each party to bear her or its own costs, expenses, and fees.

Respectfully submitted this 8th day of January, 2007.

_____
One of the attorneys for Defendant,
Kelly Aerospace Power Systems, Inc.

OF COUNSEL:

Charles B. Paterson (PAT018)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

Alan M. Rauss (Bar No. 0000888)
KOHRMAN JACKSON & KRANTZ
One Cleveland Center, 20th Floor
Cleveland, Ohio 44114
Telephone: (216)696-8700
Facsimile: (216)621-6536
E-mail: amr@kjk.com

_____
One of the Attorneys for Plaintiff,
Seantell D. Crenshaw

**OF COUNSEL:**

Law Offices of Jay Lewis, LLC
Jay Lewis (LEW031)
Carol Gerard (GER016)
P.O. Box 5059
Montgomery, Alabama 36103-5059