IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEANTELL D. CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-276-WKW |
| ) | (WO) |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal filed by the parties on January 8, 2007 (Doc. # 20) it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Each party will bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE